UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Lawn Doctor, Inc.

v.

Joseph Rizzo and Annamaria Rizzo

Civil Action No. _____

## DISCLOSURE STATEMENT

The undersigned counsel for  Plaintiff, Lawn Doctor, Inc.  ,
certifies that this party is a non-governmental corporate party and that:

[X] This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:
LD Parent, Inc. a Delaware Corporation is the parent company to the plaintiff.
There are no publicly held corporations owning more than 10% of the Plaintiff's stock.

## OR

[ ] This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____
Signature of Attorney

Paris Ackerman & Schmierer LLP
Name of Firm

Bryan H. Mintz, Esq.
Print Name

101 Eisenhower Parkway
Address

3/7/12
Date

Roseland, NJ 07068
City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.

DNJ-CMECF-005 (5/2/08)